**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# Debtor Exam

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES |
| | ) | BEFORE:Cudd |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-CV-631 DSD/JMM |
| | ) | Date: November 16, 2004 |
| Vicki M. Christian, | ) | Court Reporter: None |
| a/k/a Vicki M. Bates | ) | Tape Number: 2004-18-418-486 |
| Defendant. | ) | Time Commenced: 9:45 a.m. |
| | | Time Concluded: 10:00 a.m. |
| | | Time in Court: 15 Minutes |

<u>APPEARANCES:</u>

**Plaintiff:** Mary Trippler
Assistant U.S. Attorney

**Defendant:**
9 FPD 9 CJA 9 Retained 9 To be appointed

9 Defendant was sworn and chose to accompany a Financial litigation Agent from the U.S. Attorney's Office to informally respond to financial questions in compliance with the court's Order for Debtor Examination.

**X** Defendant failed to appear pursuant to an order for Debtor's Examination. Order for bench warrant will be issued.

Additional Information:

s/Joan Flood
Signature of Judicial Assistant