UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-631 DSD/SRN

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
VICKI M. CHRISTIAN, )
a/k/a/ VICKI M. BATES, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 27th day of April, 2005

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
UNITED STATES MAGISTRATE JUDGE