AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
OCT 14 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-CV-631 (DSD/JSM)**

0541 - 0208 - 0605 - F

Vicki M. Christian, a/k/a Vicki M. Bates

US MARSHAL SERVICE
JAN 3 10 30 AM '05

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Vicki M. Christian
a/k/a Vicki M. Bates
4153 4th Street NE
Columbia Heights, MN 55421

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

December 29, 2004 at Duluth, MN

s/Jenny Beck

(By) Jenny Beck, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 4-22-05
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______________

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL

DC Modified 02/20/04